Circuit Court for Howard County
Case No. 13-K-92-026377

IN THE SUPREME COURT

OF MARYLAND

Petition No. 127

September Term, 2025

_____

STATE OF MARYLAND

v.

ALTON ROMERO YOUNG

_____

Fader, C.J.,
Watts,
Booth,
Biran,
Gould,
Eaves,
Killough,
                    JJ.

_____

PER CURIAM ORDER

_____

Filed: July 25, 2025

Pursuant to the Maryland Uniform Electronic Legal
Materials Act (§§ 10-1601 et seq. of the State
Government Article) this document is authentic.



Gregory Hilton, Clerk

|  | * | IN THE |
|---|---|---|
|  | * | SUPREME COURT |
| STATE OF MARYLAND | * | OF MARYLAND |
|  | * |  |
| v. | * | Petition No. 127 |
|  | * | September Term, 2025 |
| ALTON ROMERO YOUNG | * | (No. 835, Sept. Term, 2023 Appellate Court of Maryland) |
|  | * |  |
|  | * | (Cir. Ct. No. 13-K-92-026377) |
|  | * |  |

O R D E R

In 1993, the respondent, Alton Romero Young, was convicted by a jury in the Circuit Court for Howard County for first-degree felony murder, first-degree rape, and unauthorized use of a motor vehicle, offenses committed when he was 16 years old. Mr. Young was sentenced to life without the possibility of parole for first-degree murder and four years for unauthorized use of a motor vehicle to run concurrently with his sentence for first-degree murder. The Appellate Court of Maryland affirmed the judgment of conviction in *Alton Romero Young v. State*, No. 900, Sept. Term, 1993.

On March 2, 2022, Mr. Young filed his motion for reduction of sentence pursuant to the Juvenile Restoration Act, Md. Code Ann., Crim. Proc. ("CP") § 8-110 (2018 Repl. Vol., 2024 Supp.). The circuit court denied the motion and Mr. Young appealed.

On appeal, the Appellate Court denied the State's motion to dismiss the appeal, vacated the judgment of the circuit court and remanded the case to the circuit court for

further proceedings. The State then filed its petition for writ of certiorari in this Court.

Subsequent to the Appellate Court's opinion, this Court issued its opinion in *James Russell Trimble v. State of Maryland,* No. 28, Sept. Term, 2024.

Upon consideration of the petition and the respondent's answer to the petition and in light of *Trimble*, it is this 25th day of July 2025, by the Supreme Court of Maryland,

ORDERED that the petition is granted; and it is further

ORDERED that the judgment of the Appellate Court of Maryland is vacated; and it is further

ORDERED that this case is remanded to the Appellate Court for further consideration in light of this Court's opinion in *Trimble*.



    /s/ Matthew J. Fader
    Chief Justice